UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ERIC JEROME TRAYLOR** | **CIVIL ACTION NO. 23-00405** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **L.A. ATTORNEY GENERAL, ET AL.** | **MAGISTRATE JUDGE MCCLUSKY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 9] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

**THUS, DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 6th day of July 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE